UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| TIFFANY ROSE FARIES, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | CASE NO. 17-57688-wlh |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Bankruptcy Rule 9010, the undersigned attorney enters this Notice of Appearance on behalf of the Debtor in this case, **TIFFANY ROSE FARIES.**

COMES NOW the undersigned, Jeffrey B. Kelly, Esquire of the Law Office of Jeffrey B. Kelly, P.C., and files this Notice of Appearance on behalf of **TIFFANY ROSE FARIES** Debtor, and requests that copies of any notices, orders, pleadings or other papers filed with the court be sent to:

Jeffrey B. Kelly, Esq.
Law Office of Jeffrey B. Kelly
107 E. 5th Avenue
Rome, Ga. 30161
(706) 295-0030
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

This Wednesday, July 14, 2021.

Respectfully Submitted,

/s/ Jeffrey B. Kelly
Attorney for Debtor
GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Notice of Appearance on the following by U. S. Mail, in a properly stamped and addressed envelope.

S. Gregory Hays
Chapter 7 Trustee
2964 Peachtree Rd NW, Ste 555
Atlanta, GA 30326

Tiffany Faries
2962 Forest Chase Terrace NE
Marietta, GA 30066

All Creditors on attached matrix.

This Wednesday, July 14, 2021.


/s/ Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
Attorney for Debtor
Georgia Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing          Calvary Portfolio Services              Capital One
113E-1                                   500 Summit Lake Ste 400                 Attn: General Correspondence/Bankruptcy
Case 17-57688-wlh                        Valhalla, NY 10595-2322                 Po Box 30285
Northern District of Georgia                                                     Salt Lake City, UT 84130-0285
Atlanta
Wed Jul 14 11:33:56 EDT 2021

Nicole Carson                            Citicards Cbna                          Tiffany Rose Faries
The Carson Firm                          Citicorp Credit Svc/Centralized Bankrupt 20 Stallion Run
225 Arthur Drive                         Po Box 790040                           Dallas, GA 30132-8367
McDonough, GA 30252-6992                 Saint Louis, MO 63179-0040


First Financial Asset                    (p)GEORGIA DEPARTMENT OF REVENUE        S. Gregory Hays
3091 Governors Lake Drive                COMPLIANCE DIVISION                     Hays Financial Consulting, LLC
Norcross, GA 30071-1135                  ARCS BANKRUPTCY                         Suite 555
                                         1800 CENTURY BLVD NE SUITE 9100         2964 Peachtree Road
                                         ATLANTA GA 30345-3202                   Atlanta, GA 30305-4909


(p)INTERNAL REVENUE SERVICE              Kia Motors Finance Co                   Office of the United States Trustee
CENTRALIZED INSOLVENCY OPERATIONS        Po Box 20825                            362 Richard Russell Building
PO BOX 7346                              Fountain Valley, CA 92728-0825          75 Ted Turner Drive, SW
PHILADELPHIA PA 19101-7346                                                       Atlanta, GA 30303-3315


PRA Receivables Management, LLC          Syncb Bank/American Eagle               Synchrony Bank
PO Box 41021                             Attn: Bankruptcy                        c/o PRA Receivables Management, LLC
Norfolk, VA 23541-1021                   Po Box 965064                           PO Box 41021
                                         Orlando, FL 32896-5064                  Norfolk, VA 23541-1021


Synchrony Bank                           Synchrony Bank/ Old Navy                Synchrony Bank/TJX
Attn: Bankruptcy                         Attn: Bankruptcy                        Attn: Bankruptcy
Po Box 965060                            Po Box 956060                           Po Box 956060
Orlando, FL 32896-5060                   Orlando, FL 32896-0001                  Orlando, FL 32896-0001


U Club on Frey                           U. S. Attorney                          Usaa Federal Savings Bank
Attn: Shana Oxford                       600 Richard B. Russell Bldg.            10750 Mcdermott Freeway
3995 Frey Road                           75 Ted Turner Drive, SW                 San Antonio, TX 78288-1600
Kennesaw, GA 30144-6700                  Atlanta GA 30303-3315


World's Foremost Bank                    Worlds Foremost Bank
c/o Douglas L. Brooks, PC                4800 Nw 1st St Ste 300
PO Box 8477                              Lincoln, NE 68521-4463
Atlanta, GA 31106-0477
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Dpt. of Revenue                  IRS
Compliance/ARCS Bankruptcy               Attn: Bankruptcy
1800 Century Blvd NE  #9100              PO Box 21126
Atlanta, GA 30345                        Philadelphia, PA 19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Synchrony Bank                      End of Label Matrix
c/o PRA Receivables Management, LLC    Mailable recipients    22
PO Box 41021                           Bypassed recipients     1
Norfolk, VA 23541-1021                 Total                  23
```